# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE
SUCCESSION OF GARRETT JOSEPH
CLAYBOURN

NO.   2026 CW 0862

**AUGUST 6, 2026**

---

In Re:    Frances Elizabeth Claybourn, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 109268.

---

**BEFORE:   WOLFE, STROMBERG, AND BALFOUR, JJ.**

**STAY DENIED; WRIT GRANTED WITH ORDER.** Considering the information before this court in this writ application, it appears the district court's June 18, 2026 judgment of possession, which appears to dispose of all claims asserted in the petition for possession filed by Brendan Claybourn and the petition for partial judgment of possession filed by Frances Claybourn, is an appealable judgment. See **Succession of Ard**, 2019-0293 (La. App. 1st Cir. 11/15/19), 2019 WL 6044638 (unpublished). Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to relator pursuant to her notice of intent to seek supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

EW
TPS
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT